## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Riverside District of California

Case Number: 2:20-CV-00542-KJM-DB

Plaintiff:
**MARK AUSSIEKER**

vs.

Defendant:
**BANKROLL CAPITAL, INC., et al**

For:
MARK AUSSIEKER
8830 OLIVE RANCH LANE
FAIR OAKS, CA 95628

Received by Cal Process Servers on the 18th day of March, 2020 at 11:52 pm to be served on **BANKROLL CAPITAL, INC, 6010 PAT AVENUE, WOODLAND HILLS, CA 91367**.

I, STEVEN BERMAN, do hereby affirm that on the **31st day of March, 2020** at **4:00 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT,** with the date and hour of service endorsed thereon by me, to:
**NIKKI STEENS, Process agent for CAPITAL CORPORATE AGENTS, REGISTERED AGENT** at the address of: **6010 PAT AVENUE, WOODLAND HILLS, CA 91367** on behalf of **BANKROLL CAPITAL, INC**, and informed said person of the contents therein, in compliance with state statutes.

**Service Fee Items:**
Routine Process Service     65
Total                       65

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

**STEVEN BERMAN**
2019035816

**Cal Process Servers**
**14271 Jeffrey Road, #308**
**Irvine, CA 92620**
**(949) 295-8028**

Our Job Serial Number: RSC-2020000415

Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628

Clerk of the United States District Court Eastern District of California, Sacramento Division
Room 4-200
501 "I" Street
Sacramento, 95814.

No. Case 2:20-cv-00542-KJM-DB

Proof of service on Defendant Bankroll Capital Inc

Mark Aussieker
p. 916-705-8006
f. 916-721-2480