Mark Aussieker
8830 Olive Ranch Lane
Fair Oaks, CA 95628
Phone: 916-705-8006
aussieker1@gmail.com

*in pro per*

# FILED

### MAY 0 4 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
/DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,MARK AUSSIEKER | |
| Plaintiff, | **CASE 2:20-CV-00542-KJM-DB** |
| v. | |
| BANKROLL CAPITAL, INC, Narin Charanvattanakit, | NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE |
| Defendant. | |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 4l(a)(l)(A)(i), I voluntarily dismiss:

⊗ THE ENTIRE CASE

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Mark Aussieker

05/01/2020

1